JOHN LINDSTRUM, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment

as entered to the sum of $15,247.50; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Martin, J., dissents.